# United States District Court
## Eastern District of Wisconsin

PLUMBERS & GASFITTERS UNION LOCAL NO. 75 HEALTH FUND,
PLUMBERS LOCAL 75 EDUCATON FUND
and STEVE BREITLOW (in his capacity as Trustee),

PLUMBING INDUSTRY DEVELOPMENT FUND, INC.,

BUILDING TRADES UNITED PENSION TRUST FUND,
and DOUG EDWARDS (in his capacity as Trustee),

        Plaintiff(s),

  v.

**WILKES PLUMBING, INC, and
J. WILKES PLUMBING & HEATING, INC.**

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case No. 23-CV-1367

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the defendants' motion for summary judgment, ECF No. 18, is **GRANTED.**

    **IT IS FURTHER ORDERED** that this case is **DISMISSED with prejudice.**

        Approved: *Stephen C. Dries*
                    STEPHEN C. DRIES
                    United States Magistrate Judge

Dated: October 10, 2024

GINA M. COLLETTI  
Clerk of Court

*s/ Tony Byal*  
(By) Deputy Clerk